```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
JOHN SITARAS,                                                          :
                                                                       :
                              Plaintiff,                               :
                                                                       :           25 Civ. 1417 (JPC)
              -v-                                                      :
                                                                       :                ORDER
THE HOME DEPOT STORE #6177 et al.,                                     :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 28, 2025, the Court scheduled an Initial Pretrial Conference ("IPTC") in this matter for May 8, 2025, at 10:30 a.m. Dkt. 6 at 1. The Court further ordered the parties to submit a joint letter and proposed case management plan and scheduling order no later than one week prior to the scheduled IPTC. *Id.* at 1-2. The Court also ordered Defendants to serve a copy of that Order on Plaintiff's counsel via email or first-class mail, and to file proof of such service on the docket. *Id.* at 3.

To date, Defendants have not filed such proof of service on the docket, nor have the parties filed the joint letter or the proposed case management plan and scheduling order. Accordingly, Defendants are ordered to immediately serve a copy of the Court's Order of March 28, 2025, as well as a copy of this Order, via email on counsel for Plaintiff and to promptly file proof of such service on the docket. The parties shall file the joint letter and a proposed case management plan and scheduling order no later than 6:00 p.m. on May 5, 2025. Counsel for Plaintiff shall file a notice of appearance no later than that time.

SO ORDERED.

Dated: May 2, 2025
      New York, New York

_____
JOHN P. CRONAN
United States District Judge