UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                              :

JOHN SITARAS,                           :

                      Plaintiff,       :

                           :            25 Civ. 1417 (JPC)

      -v-                       :

                           :            <u>ORDER</u>

THE HOME DEPOT STORE #6177 *et al.*,   :

                           :

              Defendants.   :

                           :
----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The parties were scheduled to submit a joint status letter to the Court on October 27, 2025.

*See* Dkt. 11 at 3 (explaining that this letter is to "advis[e] the Court as to whether the parties request

a referral to the assigned Magistrate Judge for a settlement conference or to the Court-annexed

mediation program, whether any party plans to file a post-discovery motion, the anticipated

grounds for any such motion, and the opposing party's anticipated grounds for opposing the

motion").  To date, the parties have not filed such letter on the docket.  The parties are ordered to

do so by November 5, 2025.

       SO ORDERED.

Dated: October 30, 2025
       New York, New York                    JOHN P. CRONAN
                                     United States District Judge